200836001
(ajt)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE:

David V. Tingle
Connie Mae Tingle

    Debtors

: Case No. 08-42117

: Chapter 13

:

: Judge Kay Woods

:

: **WITHDRAWAL OF MOTION
FOR RELIEF FROM STAY OF
WELLS FARGO BANK, N.A.
SUCCESSOR BY MERGER TO WELLS
FARGO HOME MORTGAGE, INC. FOR
RELIEF FROM STAY (PROPERTY
ADDRESS: 384 HONEY LANE,
LEETONIA, OHIO 44431)**

    Now comes Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc., and hereby withdraws its Motion for Relief From Stay previously filed herein with the Court on February 3, 2009.

                                      /s/ Joel K. Jensen
                                      Joel K. Jensen
                                      Bar Registration #81820
                                      513-241-3100 x-3349
Romi T. Fox, Attorney
Bar Registration #0037174
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Withdrawal of Motion for Relief from Stay of the secured creditor, Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc., was electronically transmitted on or about the 4th day of March, 2009 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Robert Ciotola, Esq.
4590 Boardman Canfield Road
Canfield, Ohio 44406
rac@raciotola.com

Michael A. Gallo, Trustee
20 Federal Plaza, West
Suite 602
Youngstown, Ohio 44503-1423
mgallo@gallotrustee.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114
(Registered address)@usdoj.gov

The undersigned certifies that a copy of the foregoing Withdrawal of Motion for Relief from Stay of the secured creditor, Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc., was transmitted on or about the 4th day of March, 2009 via regular U.S. mail, postage pre-paid:

David Vernon Tingle
384 Honey Lane
Leetonia, Ohio 44431

Connie Mae Tingle
384 Honey Lane
Leetonia, Ohio 44431

Well Fargo
3476 Stateview Blvd
Fort Mill, South Carolina 29715

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

Romi T. Fox, Attorney
Bar Registration #0037174
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com