**IT IS SO ORDERED.**



ENTERED PURSUANT TO ADMINISTRATIVE ORDER
NO. 08-02: KENNETH J. HIRZ, CLERK OF COURT

BY:  /s/ Cathy McClain
        **Deputy Clerk**

**Dated: April 15, 2009 10:31:11 AM**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

IN RE:  **DAVID VERNON TINGLE**                                       CASE NO. **08-42117**
            **CONNIE MAE TINGLE**


            DEBTOR(S)

## ORDER CONFIRMING PLAN

The debtor's plan filed on **JULY 21, 2008** { if appropriate, as modified by a modification filed on _____}, having been transmitted to his creditors; and {if appropriate} the deposit required by the Plan in the sum of $_____ having been made; and,

It having been determined after notice and a hearing that:

(1)      the Plan complies with the provisions of this chapter and with other applicable provisions of this title;

(2)      and fee, charge, or amount required under 28 U.S.C. Chapter 13 or by the Plan, to be paid before confirmation, has been paid;

(3)      the Plan has been proposed in good faith and not by any means forbidden by law;

(4)      the value, as of the effective date of the plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under 11 U.S.C. Chapter 7 on such date;

(5)      with respect to each allowed secured claim provided for by the plan -
         (A) the holder of such claim has accepted the plan;
         (B) (i)  the plan provides that the holder of such claim retain the lien securing such claim; and
         (B) (ii) the value, as of the effective date of the Plan, of property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or
         (C) the debtor surrenders the property securing such claim to such holder; and

(6)      the debtor will be able to make all payments under the Plan and to comply with the Plan;

**IT IS ORDERED THAT:**

1. The debtor's Plan {if appropriate, as modified} be and it is hereby **CONFIRMED**.
2. On the tenth day after debtor's Plan is filed and each payment period thereafter until further Order, the debtor shall pay {or the employer of the debtor shall deduct from the wages, salary or commissions of the debtor and pay} to the Trustee the sum of **$ 300.00** per month in accordance with the Plan.

3. The sum of **$ 3,000.00** is approved as compensation to counsel for debtor, **ROBERT A. CIOTOLA.** **$ 0.00** has been paid and the sum of **$ 3,000.00** is to be paid through the Plan.  The balance of _____ is subject to approval by the Court upon presentation by debtor's counsel of an Application for Attorney Fees with the proper itemization attached.

###