# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: DAVID VERNON TINGLE  
      CONNIE MAE TINGLE  
Debtor(s)

Case No.: 08-42117

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

MICHAEL A. GALLO, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/21/2008.
2) The plan was confirmed on 04/15/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/18/2009.
5) The case was dismissed on 12/10/2009.
6) Number of months from filing or conversion to last payment: 12.
7) Number of months case was pending: 19.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 19,900.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $3,300.00 |
| Less amount refunded to debtor: | $5.02 |
| **NET RECEIPTS:** | $3,294.98 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,572.14 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $197.70 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $2,769.84 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 1,427.75 | NA | NA | .00 | .00 |
| AKRON BILLING CENTER | Unsecured | 413.60 | 413.00 | 413.00 | .00 | .00 |
| ALEXANDRIA VANECK CO LPA | Unsecured | 953.00 | NA | NA | .00 | .00 |
| AMERIPATH | Unsecured | 79.57 | NA | NA | .00 | .00 |
| AMERIPATH YOUNGSTOWN | Unsecured | 60.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERVICES | Unsecured | 632.87 | 825.07 | 825.07 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 8,228.02 | 8,228.02 | .00 | .00 |
| CASHLAND | Unsecured | 905.36 | 1,435.36 | 1,435.36 | .00 | .00 |
| CHECK N GO | Unsecured | 912.50 | NA | NA | .00 | .00 |
| CHECK N GO | Unsecured | 912.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | Secured | 16,000.00 | 86.60 | 86.60 | 41.20 | .00 |
| DCFS TRUST | Unsecured | NA | 12,882.22 | 12,882.22 | .00 | .00 |
| DCFS USA LLC | Unsecured | NA | 17,646.77 | 17,646.77 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: DAVID VERNON TINGLE　　　　　　　　　　　　　　　　　　　Case No.: 08-42117
　　　　CONNIE MAE TINGLE
　　　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DDY | Unsecured | 2,938.89 | 3,659.90 | 9,664.59 | .00 | .00 |
| DELL FINANCIAL SERVICES | Secured | 1,667.00 | 200.00 | 200.00 | 60.15 | .00 |
| DELL FINANCIAL SERVICES | Unsecured | NA | 1,544.82 | 1,544.82 | .00 | .00 |
| DENNIS M OSTROWSKI | Unsecured | NA | .00 | .00 | .00 | .00 |
| DR BRIAN BROKER | Unsecured | 1,181.00 | NA | NA | .00 | .00 |
| DR FLOYD | Unsecured | 370.45 | NA | NA | .00 | .00 |
| DR KALRA | Unsecured | 200.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 585.31 | 651.70 | 651.70 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 740.59 | 761.61 | 761.61 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,862.42 | 1,766.23 | 1,766.23 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 337.04 | 1,309.11 | 1,309.11 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 537.85 | 553.46 | 553.46 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 523.07 | 558.54 | 558.54 | .00 | .00 |
| EMERGENCY PROF SERVICE | Unsecured | 434.78 | NA | NA | .00 | .00 |
| FARMERS NATIONAL BANK | Unsecured | 505.03 | 507.33 | 507.33 | .00 | .00 |
| FIDELITY COLLECTIONS | Unsecured | 1,047.72 | NA | NA | .00 | .00 |
| FST | Unsecured | 640.17 | 632.87 | 632.87 | .00 | .00 |
| GE MONEY BANK | Unsecured | 512.95 | NA | NA | .00 | .00 |
| HSN SHOPPING NETWORK | Unsecured | 1,242.41 | NA | NA | .00 | .00 |
| JESSICA LONDON | Unsecured | 142.99 | NA | NA | .00 | .00 |
| JOEL K. JENSEN, ESQ. | Unsecured | NA | .00 | .00 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 527.58 | NA | NA | .00 | .00 |
| NEPHROLOGY ASSOC INC | Unsecured | 151.40 | 82.45 | 82.45 | .00 | .00 |
| NORTHEASTERN SURGEONS | Unsecured | NA | NA | NA | .00 | .00 |
| PARAGON HEART GROUP | Unsecured | 457.13 | NA | NA | .00 | .00 |
| PARC | Unsecured | 111.50 | 111.50 | 111.50 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,300.00 | 1,814.42 | 1,814.42 | .00 | .00 |
| ROUNDUP FUNDING, LLC | Unsecured | 268.06 | 288.08 | 288.08 | .00 | .00 |
| SALEM PATHOLOGY | Unsecured | 140.00 | NA | NA | .00 | .00 |
| UNITED CLAIM & ADJ BUREAU | Unsecured | NA | 257.45 | 257.45 | .00 | .00 |
| UNITED CLAIMS & ADJ CORP | Unsecured | NA | 113.00 | 113.00 | .00 | .00 |
| UNITED RECOVERY | Unsecured | 7,887.86 | NA | NA | .00 | .00 |
| WASHVILLE PHARMACY | Unsecured | 197.58 | NA | NA | .00 | .00 |

0035-67-EPIE67-00093932-75116

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: DAVID VERNON TINGLE  
      CONNIE MAE TINGLE  
      Debtor(s)

Case No.: 08-42117

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A. | Secured | 81,955.00 | 2,280.94 | 2,280.94 | 423.79 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|   Mortgage Ongoing: | .00 | .00 | .00 |
|   Mortgage Arrearage: | 2,367.54 | 464.99 | .00 |
|   Debt Secured by Vehicle: | .00 | .00 | .00 |
|   All Other Secured: | 200.00 | 60.15 | .00 |
| **TOTAL SECURED:** | 2,567.54 | 525.14 | .00 |
| **Priority Unsecured Payments:** | | | |
|   Domestic Support Arrearage: | .00 | .00 | .00 |
|   Domestic Support Ongoing: | .00 | .00 | .00 |
|   All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 62,047.60 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,769.84 |
| Disbursements to Creditors: | $525.14 |
| **TOTAL DISBURSEMENTS:** | $3,294.98 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/26/2010      By: /s/MICHAEL A. GALLO  
                                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.